IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DOUGLAS KEITH CASEY | § | |
| VS. | § | CIVIL ACTION NO. 1:23-CV-452 |
| WAYNE REAUD, CIA, FBI, *et al.*, | § | |

### ORDER PARTIALLY ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Douglas Keith Casey, a federal prisoner currently confined at the Metropolitan Detention Center in Los Angeles, California, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against several defendants.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge recommends dismissing this case as frivolous pursuant to 28 U.S.C. § 1915A(b)(1) [Dkt. 20].

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.[1]

### ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is PARTIALLY ADOPTED to the extent it recommends

---

[1] A copy of the Report and Recommendation was returned as undeliverable with the notation, "RTS not in custody." [Dkt. 21]. Plaintiff has yet to update the Court with his address.

dismissal. A final judgment will be entered in accordance with the recommendations of the magistrate judge.

**SIGNED this 22nd day of March, 2024.**

_____
Michael J. Truncale
United States District Judge